# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES KENNETH WALLACE, SR.

NO. 2021 KW 0846

**OCTOBER 12, 2021**

---

In Re:    Charles Kenneth Wallace, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 194,255.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator has failed to carry his burden of proving that he was convicted by a nonunanimous jury verdict. See La. Code Crim. P. art. 930.2.

**JMG**
**GH**

**Chutz, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT